# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ISHMAEL PALMERO, | : | CIVIL ACTION |
| --- | --- | --- |
| Petitioner, | : | |
| | : | |
| v. | : | NO. 18-cv-3538 |
| | : | |
| ROBERT MARSH, et al. | : | |
| Respondents. | : | |

## O R D E R

This 22nd day of October, 2019, upon careful and independent consideration of the petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, and after review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski, and Petitioner's Objections, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for a writ for habeas corpus filed pursuant to 28 U.S.C. § 2254 is DENIED without an evidentiary hearing.

3. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

/s/ Gerald Austin McHugh
GERALD A. McHUGH,     J.